THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| PREMERA BLUE CROSS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>GS LABS, LLC,<br><br>　　　　　Defendant. | CASE NO. C21-1399 JCC<br><br>MINUTE ORDER |

　　　　The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

　　　　This matter came before the Court on the parties' stipulated motion (Dkt. No. 14) to extend the deadline for Defendant to respond to Plaintiff's Complaint until January 24, 2022.

　　　　The Court ORDERS that Defendant has up to and including January 24, 2022 to file and serve their responsive pleading to Plaintiff's Complaint (Dkt. No. 1).

　　　　DATED this 4th day of November 2021.

　　　　　　　　　　　　　　　　　　　Ravi Subramanian
　　　　　　　　　　　　　　　　　　　Clerk of Court

　　　　　　　　　　　　　　　　　　　/s/ Sandra Rawski
　　　　　　　　　　　　　　　　　　　Deputy Clerk