THE HONORABLE LAUREN KING

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

PREMERA BLUE CROSS,

    Plaintiff,

vs.

GS LABS, LLC,

    Defendant.

Case No.   2:21-cv-01399-LK

**STIPULATED MOTION AND ORDER TO EXTEND BRIEFING SCHEDULE AND RE-NOTE GS LABS' MOTION TO DISMISS [ECF 22]**

NOTED ON MOTION CALENDAR March 23, 2022

Plaintiff Premera Blue Cross ("Premera") and Defendant GS Labs, LLC ("GS Labs"), by and through the undersigned counsel, stipulate and respectfully move that the Court set the following briefing schedule on GS Labs' motion to dismiss [ECF 22] and re-note GS Labs' motion to dismiss for May 6, 2022:

| Filing | Current Deadline | New Deadline |
|---|---|---|
| Premera's Opposition | March 28, 2022 | April 18, 2022 |
| GS Labs' Reply/Noted for Consideration | April 1, 2022 | May 6, 2022 |

STIPULATED MOTION AND ORDER TO EXTEND BRIEFING
SCHEDULE AND RE-NOTE GS LABS' MOTION TO DISMISS – 1

DATED this 23rd day of March, 2022.

    KILPATRICK TOWNSEND & STOCKTON LLP

    By    */s/ Gwendolyn C. Payton*
           Gwendolyn C. Payton, WSBA No. 26752
           gpayton@kilpatricktownsend.com
           1420 Fifth Ave., Suite 3700
           Seattle, WA 98101
           Telephone: (206) 626-7714
           Facsimile: (206) 623-6793

    ROBINS KAPLAN LLP

    By    */s/ Jeffrey S. Gleason*
           Jeffrey S. Gleason (pro hac vice forthcoming)
           JGleason@robinskaplan.com
           Charlie C. Gokey (pro hac vice forthcoming)
           CGokey@robinskaplan.com
           Stephanie A. Chen (pro hac vice forthcoming)
           SChen@RobinsKaplan.com
           2800 LaSalle Plaza
           800 LaSalle Avenue
           Minneapolis, MN 55402–2015
           T: (612) 349–8500
           F: (612) 339–4181

    *Counsel for Plaintiff Premera Blue Cross*

    DAVIS WRIGHT TREMAINE

    By    */s/ Jaime Drozd Allen*
           Jaime Drozd Allen, WSBA #35742
           jaimeallen@dwt.com
           Rose McCarty, WSBA #54282
           rosemccarty@dwt.com
           920 Fifth Ave., Ste 3300
           Seattle, WA 98104-1610
           T: (206) 622-3150
           F: (206) 757-7700

    *Counsel for Defendant GS Labs LLC*

## ORDER

It is so ORDERED.

DATED this 24th day of March, 2022.

Lauren King<br>
United States District Judge