THE HONORABLE LAUREN KING

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

PREMERA BLUE CROSS,

                  Plaintiff,

vs.

GS LABS, LLC,

                  Defendant.

Case No.    2:21-cv-01399-LK

**SECOND STIPULATED MOTION AND ORDER TO EXTEND BRIEFING SCHEDULE AND RE-NOTE GS LABS' MOTION TO DISMISS [ECF 22]**

Plaintiff Premera Blue Cross ("Premera") and Defendant GS Labs, LLC ("GS Labs"), by and through the undersigned counsel, stipulate and respectfully move that the Court set the following briefing schedule on GS Labs' motion to dismiss [ECF 22] and re-note GS Labs' motion to dismiss for June 10, 2022. The parties make this request in order to facilitate their exploration of the possibility of settlement.

| Filing | Current Deadline | New Deadline |
| --- | --- | --- |
| Premera's Opposition | April 18, 2022 | May 31, 2022 |
| GS Labs' Reply/Noted for Consideration | May 6, 2022 | June 10, 2022 |

SECOND STIPULATION AND ORDER TO EXTEND BRIEFING SCHEDULE AND RE-NOTE GS LABS' MOTION TO DISMISS – 1

KILPATRICK TOWNSEND & STOCKTON LLP
1420 FIFTH AVENUE, SUITE 3700
SEATTLE, WA 98101
(206) 626-7713  FAX: (206) 260-8946

DATED this 12th day of April, 2022.

        KILPATRICK TOWNSEND & STOCKTON LLP

        By    */s/ Gwendolyn C. Payton*
             Gwendolyn C. Payton, WSBA No. 26752
             gpayton@kilpatricktownsend.com
             1420 Fifth Ave., Suite 3700
             Seattle, WA 98101
             Telephone: (206) 626-7714
             Facsimile: (206) 623-6793

        ROBINS KAPLAN LLP

        By    */s/ Jeffrey S. Gleason*
             Jeffrey S. Gleason (pro hac vice)
             JGleason@robinskaplan.com
             Charlie C. Gokey (pro hac vice)
             CGokey@robinskaplan.com
             Stephanie A. Chen (pro hac vice)
             SChen@RobinsKaplan.com
             2800 LaSalle Plaza
             800 LaSalle Avenue
             Minneapolis, MN 55402–2015
             T: (612) 349–8500
             F: (612) 339–4181

        *Counsel for Plaintiff Premera Blue Cross*

        DAVIS WRIGHT TREMAINE

        By    */s/ Jaime Drozd Allen*
             Jaime Drozd Allen, WSBA #35742
             jaimeallen@dwt.com
             Rose McCarty, WSBA #54282
             rosemccarty@dwt.com
             920 Fifth Ave., Ste 3300
             Seattle, WA 98104-1610
             T: (206) 622-3150
             F: (206) 757-7700

        *Counsel for Defendant GS Labs LLC*

## ORDER

It is so ORDERED.

DATED this 12th day of April, 2022.

*Lauren King*

Lauren King
United States District Judge