THE HONORABLE LAUREN J. KING

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| PREMERA BLUE CROSS,<br><br>    *Plaintiff*,<br><br>v.<br><br>GS LABS, LLC,<br><br>    *Defendant*. | Case No. 2:21-cv-01399-LK<br><br>**JOINT STATUS REPORT** |

Premera Blue Cross and GS Labs, LLC (collectively, the "Parties") submit this joint status report in accordance with the Court's October 31, 2023 Order (Dkt. No. 67) directing the Parties to advise as to the progress of settlement discussions.

The Parties are making progress in settlement discussions regarding resolution of this matter. Those discussions remain ongoing, including the time-intensive effort of aligning their respective large claims-data sets. The Parties anticipate a meeting of the relevant stakeholders and internal claims data experts to resolve any remaining discrepancies in the data sets. Accordingly, the Parties jointly request what they hope will be the final extension of the stay in this matter for an additional 30 days to allow their settlement negotiations to continue. The Parties jointly propose to provide the Court with a status report on or before February 2, 2024.

JOINT STATUS REPORT

CASE NO. 2:21-CV-01399-LK

- 1 -

KILPATRICK TOWNSEND & STOCKTON LLP
1420 FIFTH AVENUE, SUITE 3700
SEATTLE, WA 98101
TEL: (206) 626-7713
FAX: (206) 260-8946

1  Dated:   January 2, 2024

2  **IT IS SO STIPULATED:**

| | |
|---|---|
| *Counsel for Plaintiff Premera Blue Cross* | *Counsel for Defendant GS Labs, LLC* |
| KILPATRICK TOWNSEND & STOCKTON LLP | DAVIS WRIGHT TREMAINE LLP |
| By: /s/ Gwendolyn C. Payton<br>Gwendolyn C. Payton, WSBA No. 26752<br>gpayton@kilpatricktownsend.com<br>1420 Fifth Ave., Suite 3700<br>Seattle, WA 98101<br>T: (206) 626-7714<br>F: (206) 623-6793 | By: /s/ Jaime Drozd<br>Jaime Drozd, WSBA No. 35742<br>jaimedrozd@dwt.com<br>Ross Siler, WSBA No. 46486<br>rossiler@dwt.com<br>920 Fifth Avenue, Suite 3300<br>Seattle, WA 98104<br>T: (206) 757-8039<br>F: (206) 757-7700 |
| ROBINS KAPLAN LLP | Nicole S. Phillis (*pro hac vice*)<br>865 S. Figueroa Street, Suite 2400<br>Los Angeles, CA 90017<br>T: (213) 633-8657<br>F: (213) 633-6899 |
| By: /s/ Jeffrey S. Gleason<br>Jeffrey S. Gleason (*pro hac vice*)<br>JGleason@robinskaplan.com<br>Geoffrey H. Kozen (*pro hac vice*)<br>gkozen@robinskaplan.com<br>Stephanie A. Chen (*pro hac vice*)<br>SChen@robinskaplan.com<br>2800 LaSalle Plaza<br>800 LaSalle Avenue<br>Minneapolis, MN 55402–2015<br>T: (612) 349–8500<br>F: (612) 339–4181 | HUSH BLACKWELL LLP<br><br>By: /s/ Jeffrey B. Jensen<br>Jeffrey B. Jensen<br>jeff.jensen@huschblackwell.com<br>Michael Martinich-Sauter<br>Michael.martinich-sauter@huschblackwell.com<br>8001 Forsyth Boulevard, Suite 1500<br>St. Louis, MO 63105<br>T: (314) 380-1500<br>F: (314) 480-1505 |

JOINT STATUS REPORT
CASE NO. 2:21-CV-01399-LK
- 2 -
Kilpatrick Townsend & Stockton LLP
1420 Fifth Avenue, Suite 3700
Seattle, WA 98101
Tel: (206) 626-7713
Fax: (206) 260-8946