THE HONORABLE LAUREN J. KING

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| PREMERA BLUE CROSS,<br><br>*Plaintiff*,<br><br>v.<br><br>GS LABS, LLC,<br><br>*Defendant*. | Case No. 2:21-cv-01399-LK<br><br>**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL BY PREMERA BLUE CROSS AND GS LABS, LCC** |

Premera Blue Cross ("Premera") and GS Labs, LLC ("GS Labs") (collectively, the "Parties"), by and through their undersigned counsel, stipulate and agree that Premera hereby dismisses with prejudice all claims being asserted against GS Labs in the above-captioned action pursuant to Federal Rule of Civil Procedure 41(1)(a)(ii), with the Parties to each bear their own costs, expenses, and attorneys' fees.

[PROPOSED] ORDER OF DISMISSAL

CASE NO. 2:21-CV-01399-LK

- 1 -

KILPATRICK TOWNSEND & STOCKTON LLP
1420 FIFTH AVENUE, SUITE 3700
SEATTLE, WA 98101
TEL: (206) 626-7713
FAX: (206) 260-8946

Dated: April 26, 2024

**IT IS SO STIPULATED:**

| *Counsel for Plaintiff Premera Blue Cross* | *Counsel for Defendant GS Labs, LLC* |
|---|---|
| KILPATRICK TOWNSEND & STOCKTON LLP | DAVIS WRIGHT TREMAINE LLP |
| By: /s/ Gwendolyn C. Payton<br>Gwendolyn C. Payton, WSBA No. 26752<br>gpayton@kilpatricktownsend.com<br>1420 Fifth Ave., Suite 3700<br>Seattle, WA 98101<br>T: (206) 626-7714<br>F: (206) 623-6793 | By: /s/ Jaime Drozd<br>Jaime Drozd, WSBA No. 35742<br>jaimedrozd@dwt.com<br>Ross Siler, WSBA No. 46486<br>rossiler@dwt.com<br>920 Fifth Avenue, Suite 3300<br>Seattle, WA 98104<br>T: (206) 757-8039<br>F: (206) 757-7700 |
| ROBINS KAPLAN LLP | Nicole S. Phillis (*pro hac vice*)<br>865 S. Figueroa Street, Suite 2400<br>Los Angeles, CA 90017<br>T: (213) 633-8657<br>F: (213) 633-6899 |
| By: /s/ Jeffrey S. Gleason<br>Jeffrey S. Gleason (*pro hac vice*)<br>JGleason@robinskaplan.com<br>Geoffrey H. Kozen (*pro hac vice*)<br>gkozen@robinskaplan.com<br>2800 LaSalle Plaza<br>800 LaSalle Avenue<br>Minneapolis, MN 55402–2015<br>T: (612) 349–8500<br>F: (612) 339–4181 | HUSH BLACKWELL LLP<br><br>By: /s/ Jeffrey B. Jensen<br>Jeffrey B. Jensen<br>jeff.jensen@huschblackwell.com<br>8001 Forsyth Boulevard, Suite 1500<br>St. Louis, MO 63105<br>T: (314) 380-1500<br>F: (314) 480-1505 |

STIPULATION OF DISMISSAL

- 2 -

CASE NO. 2:21-CV-01399-LK

Kilpatrick Townsend & Stockton LLP
1420 FIFTH AVENUE, SUITE 3700
SEATTLE, WA 98101
TEL: (206) 626-7713
FAX: (206) 260-8946

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PREMERA BLUE CROSS, | Case No. 2:21-cv-01399-LK |
| *Plaintiff*, | **[PROPOSED] ORDER** |
| v. | |
| GS LABS, LLC, | |
| *Defendant*. | |

Pursuant to the stipulation of the Parties, and upon good cause, the Court hereby **ORDERS** the following:

1. Pursuant to Federal Rule of Civil Procedure 41(1)(a)(ii), all claims asserted by Premera Blue Cross against GS Labs, LLC in the above-captioned matter are **DISMISSED WITH PREJUDICE**.

2. Each party shall bear its own costs, expenses, and attorneys' fees.

**IT IS SO ORDRED**.

Dated: _____

_____
HONORABLE LAUREN J. KING

[PROPOSED] ORDER OF DISMISSAL

- 3 -

CASE NO. 2:21-CV-01399-LK

Kilpatrick Townsend & Stockton LLP
1420 Fifth Avenue, Suite 3700
Seattle, WA 98101
Tel: (206) 626-7713
Fax: (206) 260-8946