1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

PREMERA BLUE CROSS,

     Plaintiff,

  v.

GS LABS, LLC,

     Defendant.

CASE NO. 2:21-cv-01399-LK

ORDER OF DISMISSAL

   This matter comes before the Court on the parties' Stipulation and Order of Dismissal. Dkt. No. 83. Pursuant to parties' stipulation, this action is hereby dismissed with prejudice, with each party bearing its own costs, expenses, and attorney's fees. *See* Fed. R. Civ. P. 41(a)(1)(A)(ii).

   Dated this 26th day of April, 2024.

Lauren King
United States District Judge

ORDER OF DISMISSAL - 1